UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (BALTIMORE)

| | |
|---|---|
| TIFFANY CHABOT,<br>    Plaintiff, | CASE NO. 1:13-cv-01847-CCB |
| vs. | |
| MIDLAND FUNDING, LLC,<br>    Defendant. | |
| TIFFANY CHABOT,<br>    Plaintiff, | CASE NO.: 1:13-cv-01856-CCB |
| vs. | |
| EQUIFAX,<br>    Defendant. | |
| TIFFANY CHABOT,<br>    Plaintiff, | CASE NO.: 1:13-cv-01857-CCB |
| vs. | |
| TRANS UNION, LLC,<br>    Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN
PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

Plaintiff Tiffany Chabot, *Pro Se*, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union, LLC only, should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: 11/8/13

_____
Tiffany Chabot
P.O. Box 675
Walkersville, MD  21793

*Pro Se Plaintiff*

Date: 11/26/2013

_____
H. Mark Stichel, Esq. (MD Federal Bar #02939)
Gohn Hankey and Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:

*Counsel for Defendant Trans Union, LLC*

Robert J. Schuckit, Esq. (Bar #97026)
(admitted *Pro Hac Vice*)
Laura K. Rang, Esq. (Bar #800828)
(admitted *Pro Hac Vice*)
Paul A. Jansen, Esq. (Bar #800496)
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:
E-Mail:
E-Mail:

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the _____ day of November, 2013. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Lauren Burnette, Esq. | Nathan D. Adler, Esq. |
|---|---|
| Ann D. Ware, Esq. | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the 26th day of November, 2013, properly addressed as follows:

| **Pro Se Plaintiff**<br>Tiffany Chabot<br>P.O. Box 675<br>Walkersville, MD 21793 | |
|---|---|

_____
H. Mark Stichel, Esq. (MD Federal Bar #02939)
Gohn Hankey and Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, MD 21201
Telephone: (410) 752-9300
Fax: (410) 752-2519
E-Mail:

*Counsel for Defendant Trans Union, LLC*